# CITY OF PHILADELPHIA
**Earnings and Deductions**

PWD GENERAL ACCOUNTING  
PWD - ARAMARK TOWER - 5TH FL

191737  
EDWARDS

EDWARDS, GLORIA  
1627 FARRINGTON RD  
PHILADELPHIA PA 19151

PAY PERIOD ENDING 01-05-2020  
DATE PAYABLE 01-10-2020

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 39.8 | 879.53 | FEDERAL TAX | 127.13 | 127.13 |
| HOLIDAY CASH | 15 | 331.46 | SOCIAL SECURITY | 105.38 | 105.38 |
| RETRO TIME ENTRY W | 8 | 176.79 | MEDICARE TAX | 24.64 | 24.64 |
| CERTIFIED SICK | 7.5 | 165.73 | CITY TAX | 67.73 | 67.73 |
| ADMIN LEAVE | 7.5 | 165.73 | STATE TAX | 52.18 | 52.18 |
| EXCUSED TIME | 3 | 66.30 | PAUC TAX | 1.02 | 1.02 |
| LONGEVITY PAY | 0 | 54.54 | | | |
| OTHER EARNINGS | | -90.47 | | | |
| | | | YTD GROSS PAY | | 1,749.61 |
| TOTAL GROSS EARNINGS | | 1,749.61 | YTD W-2 GROSS | | 1,599.61 |

| DEDUCTIONS | AMOUNT |
|---|---|
| FIT WITHHELD | 127.13 |
| SS EE WITHHELD | 105.38 |
| DEF COMP FLAT | 100.00 |
| CITY WITHHELD | 67.73 |
| DEFERRED COMP LOAN | 61.82 |
| SIT WITHHELD | 52.18 |
| DC33 DED PRETAX | 50.00 |
| UNION DUES | 28.00 |
| MEDICARE EE WITHHELD | 24.64 |
| SUI WITHHELD | 1.02 |

PENSION  
PENSION PLAN                Plan Y  
YTD NON TAXED PENSION  
YTD TAXED PENSION  
LTD NON TAXED PENSION  
LTD TAXED PENSION  

VACATION    : 476.8  
SICK        : 431.3  
REGULAR COMP: 0.0  
HOLIDAY COMP: 0.0  
SPECIAL COMP: 0.0  
ANNUAL LEAVE: 0.0  

NET PAY      1,116.71

STATEMENT OF EARNINGS AND DEDUCTIONS

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT**  
**NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 191737 | 01 | 10 | 2020 |

**DEPOSIT AMOUNT**  
**1,116.71**

EDWARDS, GLORIA  
1627 FARRINGTON RD  
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

**CITY OF PHILADELPHIA**
Earnings and Deductions

PWD GENERAL ACCOUNTING
PWD - ARAMARK TOWER - 5TH FL

191737
EDWARDS

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING   12-22-2019
DATE PAYABLE        12-27-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 51 | 1,126.99 | FEDERAL TAX | 124.46 | 2,798.40 |
| UNCERTIFIED SICK | 15 | 331.46 | SOCIAL SECURITY | 103.45 | 2,817.91 |
| ASSUME TIME | 7.5 | 165.73 | MEDICARE TAX | 24.20 | 659.03 |
| LONGEVITY PAY | 0 | 54.61 | CITY TAX | 66.53 | 1,454.88 |
| VACATION | 1.8 | 39.78 | STATE TAX | 51.23 | 1,122.04 |
|  |  |  | PAUC TAX | 1.00 | 21.93 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | YTD GROSS PAY | 37,548.06 |
| TOTAL GROSS EARNINGS |  | 1,718.57 | YTD W-2 GROSS | 33,948.06 |

| DEDUCTIONS | AMOUNT | PENSION |  |
|---|---|---|---|
|  |  | PENSION PLAN | Plan Y |
| FIT WITHHELD | 124.46 | YTD NON TAXED PENSION |  |
| SS EE WITHHELD | 103.45 | YTD TAXED PENSION |  |
| DEF COMP FLAT | 100.00 | LTD NON TAXED PENSION |  |
| CITY WITHHELD | 66.53 | LTD TAXED PENSION |  |
| DEFERRED COMP LOAN | 61.82 |  |  |
| SIT WITHHELD | 51.23 |  |  |
| DC33 DED PRETAX | 50.00 |  |  |
| UNION DUES | 28.00 |  |  |
| MEDICARE EE WITHHELD | 24.20 |  |  |
| SUI WITHHELD | 1.00 |  |  |

| | |
|---|---|
| VACATION : | 476.8 |
| SICK : | 431.8 |
| REGULAR COMP: | 0.0 |
| HOLIDAY COMP: | 0.0 |
| SPECIAL COMP: | 0.0 |
| NET PAY    1,107.88 | ANNUAL LEAVE:  7.5 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DRDP3 (03/2019)

**CITY OF PHILADELPHIA**

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
|  | MO | DAY | YEAR |
| 191737 | 12 | 27 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,107.88 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

| CITY OF PHILADELPHIA | PWD GENERAL ACCOUNTING | 191737 |
| --- | --- | --- |
| Earnings and Deductions | PWD - ARAMARK TOWER - 5TH FL | EDWARDS |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING    12-22-2019
DATE PAYABLE         12-27-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
| --- | --- | --- | --- | --- | --- |
| TIME ENTRY WAGES | 51 | 1,126.99 | FEDERAL TAX | 124.46 | 2,798.40 |
| UNCERTIFIED SICK | 15 | 331.46 | SOCIAL SECURITY | 103.45 | 2,817.91 |
| ASSUME TIME | 7.5 | 165.73 | MEDICARE TAX | 24.20 | 659.03 |
| LONGEVITY PAY | 0 | 54.61 | CITY TAX | 66.53 | 1,454.88 |
| VACATION | 1.8 | 39.78 | STATE TAX | 51.23 | 1,122.04 |
|  |  |  | PAUC TAX | 1.00 | 21.93 |

|  |  |  |  |
| --- | --- | --- | --- |
|  |  | YTD GROSS PAY |  | 37,548.06 |
| TOTAL GROSS EARNINGS | 1,718.57 | YTD W-2 GROSS |  | 33,948.06 |

| DEDUCTIONS | AMOUNT | PENSION |  |
| --- | --- | --- | --- |
|  |  | PENSION PLAN | Plan Y |
| FIT WITHHELD | 124.46 | YTD NON TAXED PENSION |  |
| SS EE WITHHELD | 103.45 | YTD TAXED PENSION |  |
| DEF COMP FLAT | 100.00 | LTD NON TAXED PENSION |  |
| CITY WITHHELD | 66.53 | LTD TAXED PENSION |  |
| DEFERRED COMP LOAN | 61.82 |  |  |
| SIT WITHHELD | 51.23 |  |  |
| DC33 DED PRETAX | 50.00 |  |  |
| UNION DUES | 28.00 |  |  |
| MEDICARE EE WITHHELD | 24.20 |  |  |
| SUI WITHHELD | 1.00 |  |  |

|  |  |  |  |
| --- | --- | --- | --- |
|  |  | VACATION : | 476.8 |
|  |  | SICK : | 431.8 |
|  |  | REGULAR COMP: | 0.0 |
|  |  | HOLIDAY COMP: | 0.0 |
|  |  | SPECIAL COMP: | 0.0 |
| NET PAY | 1,107.88 | ANNUAL LEAVE: | 7.5 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

# CITY OF PHILADELPHIA

*Deposit on account for:*

## DIRECT DEPOSIT
## NON-NEGOTIABLE

| EMPLOYEE NUMBER | DATE PAYABLE | | |
| --- | --- | --- | --- |
|  | MO | DAY | YEAR |
| 191737 | 12 | 27 | 2019 |

| DEPOSIT AMOUNT |
| --- |
| 1,107.88 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

# CITY OF PHILADELPHIA
### Earnings and Deductions

PWD GENERAL ACCOUNTING  
PWD - ARAMARK TOWER - 5TH FL

191737  
EDWARDS

EDWARDS, GLORIA  
1627 FARRINGTON RD  
PHILADELPHIA PA 19151

PAY PERIOD ENDING 12-08-2019  
DATE PAYABLE 12-13-2019

| EARNINGS | HOURS | AMOUNT |
|---|---|---|
| TIME ENTRY WAGES | 57.7 | 1,275.07 |
| VACATION | 7.5 | 165.73 |
| HOLIDAY CASH | 7.5 | 165.73 |
| EXCUSED TIME | 3 | 66.30 |
| LONGEVITY PAY | 0 | 55.01 |
| LEGAL AID | 0 | 15.00 |
| OVERTIME 1_5 | .1 | 3.32 |
| TOTAL GROSS EARNINGS | | 1,746.16 |

| TAXES | CURRENT | YTD |
|---|---|---|
| FEDERAL TAX | 127.77 | 2,673.94 |
| SOCIAL SECURITY | 105.18 | 2,714.46 |
| MEDICARE TAX | 24.58 | 634.83 |
| CITY TAX | 66.36 | 1,388.35 |
| STATE TAX | 52.07 | 1,070.81 |
| PAUC TAX | 1.02 | 20.93 |
| YTD GROSS PAY | | 35,829.49 |
| YTD W-2 GROSS | | 32,379.49 |

| DEDUCTIONS | AMOUNT |
|---|---|
| FIT WITHHELD | 127.77 |
| SS EE WITHHELD | 105.18 |
| DEF COMP FLAT | 100.00 |
| CITY WITHHELD | 66.36 |
| DEFERRED COMP LOAN | 61.82 |
| SIT WITHHELD | 52.07 |
| DC33 DED PRETAX | 50.00 |
| UNION DUES | 28.00 |
| MEDICARE EE WITHHELD | 24.58 |
| SUI WITHHELD | 1.02 |

PENSION  
PENSION PLAN                Plan Y  
YTD NON TAXED PENSION  
YTD TAXED PENSION  
LTD NON TAXED PENSION  
LTD TAXED PENSION

| | |
|---|---|
| VACATION : | 463.0 |
| SICK : | 434.3 |
| REGULAR COMP: | 0.0 |
| HOLIDAY COMP: | 0.0 |
| SPECIAL COMP: | 0.0 |
| ANNUAL LEAVE: | 7.5 |

NET PAY     1,114.36

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

## DIRECT DEPOSIT
## NON-NEGOTIABLE

| EMPLOYEE NUMBER | DATE PAYABLE |||
|---|---|---|---|
| | MO | DAY | YEAR |
| 191737 | 12 | 13 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,114.36 |

EDWARDS, GLORIA  
1627 FARRINGTON RD  
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

| CITY OF PHILADELPHIA Earnings and Deductions | PWD GENERAL ACCOUNTING<br>PWD - ARAMARK TOWER - 5TH FL | 191737<br>EDWARDS |
|---|---|---|

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING  11-24-2019
DATE PAYABLE     11-27-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 53.9 | 1,191.09 | FEDERAL TAX | 134.87 | 2,546.17 |
| UNCERTIFIED SICK | 15 | 331.46 | SOCIAL SECURITY | 108.83 | 2,020.17 |
| HOLIDAY CASH | 7.5 | 165.73 | MEDICARE TAX | 25.45 | 472.46 |
| OVERTIME 1_5 | 1.8 | 59.67 | CITY TAX | 69.89 | 1,321.99 |
| LONGEVITY PAY | 0 | 57.37 | STATE TAX | 53.89 | 1,018.74 |
|  |  |  | PAUC TAX | 1.05 | 19.91 |

YTD GROSS PAY     34,083.33
TOTAL GROSS EARNINGS     1,805.32     YTD W-2 GROSS     30,783.33

| DEDUCTIONS | AMOUNT | PENSION | |
|---|---|---|---|
|  |  | PENSION PLAN | Plan Y |
| FIT WITHHELD | 134.87 | YTD NON TAXED PENSION | |
| SS EE WITHHELD | 108.83 | YTD TAXED PENSION | |
| DEF COMP FLAT | 100.00 | LTD NON TAXED PENSION | |
| CITY WITHHELD | 69.89 | LTD TAXED PENSION | |
| DEFERRED COMP LOAN | 61.82 |  |  |
| SIT WITHHELD | 53.89 |  |  |
| DC33 DED PRETAX | 50.00 |  |  |
| UNION DUES | 28.00 |  |  |
| MEDICARE EE WITHHELD | 25.45 |  |  |
| SUI WITHHELD | 1.05 |  |  |

VACATION     :     470.5
SICK         :     434.3
REGULAR COMP:     0.0
HOLIDAY COMP:     0.0
SPECIAL COMP:     0.0
NET PAY     1,171.52     ANNUAL LEAVE:     7.5

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

## DIRECT DEPOSIT
## NON-NEGOTIABLE

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
|  | MO | DAY | YEAR |
| 191737 | 11 | 27 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,171.52 |

**EDWARDS, GLORIA**
**1627 FARRINGTON RD**
**PHILADELPHIA PA 19151**

# NON-NEGOTIABLE

# CITY OF PHILADELPHIA
**Earnings and Deductions**

PWD GENERAL ACCOUNTING
PWD - ARAMARK TOWER - 5TH FL

191737
EDWARDS

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING      11-10-2019
DATE PAYABLE           11-15-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 57.6 | 1,297.26 | FEDERAL TAX | 0.00 | 2,411.30 |
| OVERTIME 1_5 | 9.1 | 302.75 | SOCIAL SECURITY | 125.91 | 1,911.34 |
| UNCERTIFIED SICK | 7.5 | 165.73 | MEDICARE TAX | 29.45 | 447.01 |
| HOLIDAY COMP TAKEN | 7.5 | 165.73 | CITY TAX | 80.55 | 1,252.10 |
| LONGEVITY PAY | 0 | 65.31 | STATE TAX | 62.34 | 964.85 |
| TRAINING LEAVE | 2.5 | 55.25 | PAUC TAX | 1.22 | 18.86 |
| VACATION | 1.3 | 28.73 | | | |
| | | | YTD GROSS PAY | | 32,278.01 |
| TOTAL GROSS EARNINGS | | 2,080.76 | YTD W-2 GROSS | | 29,128.01 |

| DEDUCTIONS | AMOUNT | PENSION | |
|---|---|---|---|
| | | PENSION PLAN | Plan Y |
| FIT WITHHELD | 167.92 | YTD NON TAXED PENSION | |
| SS EE WITHHELD | 125.91 | YTD TAXED PENSION | |
| DEF COMP FLAT | 100.00 | LTD NON TAXED PENSION | |
| CITY WITHHELD | 80.55 | LTD TAXED PENSION | |
| SIT WITHHELD | 62.34 | | |
| DEFERRED COMP LOAN | 61.82 | | |
| DC33 DED PRETAX | 50.00 | | |
| MEDICARE EE WITHHELD | 29.45 | | |
| UNION DUES | 28.00 | | |
| SUI WITHHELD | 1.22 | | |

| | | | |
|---|---|---|---|
| | | VACATION : | 454.8 |
| | | SICK : | 436.8 |
| | | REGULAR COMP: | 0.0 |
| | | HOLIDAY COMP: | 0.0 |
| | | SPECIAL COMP: | 0.0 |
| NET PAY | 1,373.55 | ANNUAL LEAVE: | 7.5 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

## DIRECT DEPOSIT
## NON-NEGOTIABLE

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 191737 | 11 | 15 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,373.55 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

| **CITY OF PHILADELPHIA** | PWD GENERAL ACCOUNTING | 191737 |
| --- | --- | --- |
| Earnings and Deductions | PWD - ARAMARK TOWER - 5TH FL | EDWARDS |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING: 10-27-2019
DATE PAYABLE: 11-01-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
| --- | --- | --- | --- | --- | --- |
| TIME ENTRY WAGES | 66.5 | 1,469.56 | FEDERAL TAX | 130.51 | 2,243.38 |
| HOLIDAY CASH | 7.5 | 165.73 | SOCIAL SECURITY | 106.58 | 1,785.43 |
| LONGEVITY PAY | 0 | 55.74 | MEDICARE TAX | 24.93 | 417.56 |
| VACATION | 2.1 | 46.41 | CITY TAX | 68.48 | 1,171.55 |
| OVERTIME 1_5 | .5 | 16.58 | STATE TAX | 52.77 | 902.51 |
| LEGAL AID | 0 | 15.00 | PAUC TAX | 1.03 | 17.64 |
| | | | YTD GROSS PAY | | 30,197.25 |
| TOTAL GROSS EARNINGS | | 1,769.02 | YTD W-2 GROSS | | 27,197.25 |
| DEDUCTIONS | | AMOUNT | PENSION | | |
| | | | PENSION PLAN | | Plan Y |
| FIT WITHHELD | | 130.51 | YTD NON TAXED PENSION | | |
| SS EE WITHHELD | | 106.58 | YTD TAXED PENSION | | |
| DEF COMP FLAT | | 100.00 | LTD NON TAXED PENSION | | |
| CITY WITHHELD | | 68.48 | LTD TAXED PENSION | | |
| DEFERRED COMP LOAN | | 61.82 | | | |
| SIT WITHHELD | | 52.77 | | | |
| DC33 DED PRETAX | | 50.00 | | | |
| UNION DUES | | 28.00 | | | |
| MEDICARE EE WITHHELD | | 24.93 | | | |
| SUI WITHHELD | | 1.03 | | | |
| | | | VACATION : | | 456.2 |
| | | | SICK : | | 444.3 |
| | | | REGULAR COMP: | | 0.0 |
| | | | HOLIDAY COMP: | | 7.5 |
| | | | SPECIAL COMP: | | 0.0 |
| NET PAY | | 1,129.90 | ANNUAL LEAVE: | | 7.5 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
| --- | --- | --- | --- |
| | MO | DAY | YEAR |
| 191737 | 11 | 01 | 2019 |

| DEPOSIT AMOUNT |
| --- |
| 1,129.90 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

# CITY OF PHILADELPHIA
**Earnings and Deductions**

PWD GENERAL ACCOUNTING
PWD - ARAMARK TOWER - 5TH FL

191737
EDWARDS

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING  10-13-2019
DATE PAYABLE  10-18-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 72.5 | 1,669.94 | FEDERAL TAX | 164.92 | 2,112.87 |
| OVERTIME 1_5 | 8 | 265.17 | SOCIAL SECURITY | 124.36 | 1,678.85 |
| LONGEVITY PAY | 0 | 63.17 | MEDICARE TAX | 29.08 | 392.63 |
| VACATION | 2.6 | 57.46 | CITY TAX | 79.58 | 1,103.07 |
|  |  |  | STATE TAX | 61.58 | 849.74 |
|  |  |  | PAUC TAX | 1.21 | 16.61 |
|  |  |  |  |  |  |
|  |  |  | YTD GROSS PAY |  | 28,428.23 |
| TOTAL GROSS EARNINGS |  | 2,055.74 | YTD W-2 GROSS |  | 25,578.23 |

| DEDUCTIONS | AMOUNT | PENSION | | |
|---|---|---|---|---|
| | | PENSION PLAN | | Plan Y |
| FIT WITHHELD | 164.92 | YTD NON TAXED PENSION | | |
| SS EE WITHHELD | 124.36 | YTD TAXED PENSION | | |
| DEF COMP FLAT | 100.00 | LTD NON TAXED PENSION | | |
| CITY WITHHELD | 79.58 | LTD TAXED PENSION | | |
| DEFERRED COMP LOAN | 61.82 | | | |
| SIT WITHHELD | 61.58 | | | |
| DC33 DED PRETAX | 50.00 | | | |
| MEDICARE EE WITHHELD | 29.08 | | | |
| UNION DUES | 28.00 | | | |
| SUI WITHHELD | 1.21 | | | |

|  |  | VACATION : | 442.6 |
|---|---|---|---|
|  |  | SICK : | 431.8 |
|  |  | REGULAR COMP: | 0.0 |
|  |  | HOLIDAY COMP: | 7.5 |
|  |  | SPECIAL COMP: | 0.0 |
| NET PAY | 1,355.19 | ANNUAL LEAVE: | 7.5 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
|  | MO | DAY | YEAR |
| 191737 | 10 | 18 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,355.19 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

| CITY OF PHILADELPHIA<br>Earnings and Deductions | PWD GENERAL ACCOUNTING<br>PWD - ARAMARK TOWER - 5TH FL | | 191737<br>EDWARDS |
|---|---|---|---|

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING   09-29-2019
DATE PAYABLE        10-04-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 75.2 | 1,661.81 | FEDERAL TAX | 130.65 | 1,947.95 |
| LONGEVITY PAY | 0 | 55.77 | SOCIAL SECURITY | 106.64 | 1,554.49 |
| OVERTIME 1_5 | .8 | 26.52 | MEDICARE TAX | 24.94 | 363.55 |
| LEGAL AID | 0 | 15.00 | CITY TAX | 68.70 | 1,023.49 |
| UNCERTIFIED SICK | .5 | 11.05 | STATE TAX | 52.81 | 788.16 |
|  |  |  | PAUC TAX | 1.03 | 15.40 |
|  |  |  | YTD GROSS PAY |  | 26,372.49 |
| TOTAL GROSS EARNINGS |  | 1,770.15 | YTD W-2 GROSS |  | 23,672.49 |

| DEDUCTIONS | AMOUNT | | |
|---|---|---|---|
| FIT WITHHELD | 130.65 | PENSION | |
| SS EE WITHHELD | 106.64 | PENSION PLAN | Plan Y |
| DEF COMP FLAT | 100.00 | YTD NON TAXED PENSION | |
| CITY WITHHELD | 68.70 | YTD TAXED PENSION | |
| DEFERRED COMP LOAN | 61.82 | LTD NON TAXED PENSION | |
| SIT WITHHELD | 52.81 | LTD TAXED PENSION | |
| DC33 DED PRETAX | 50.00 | | |
| UNION DUES | 28.00 | | |
| MEDICARE EE WITHHELD | 24.94 | | |
| SUI WITHHELD | 1.03 | | |

| | | | | |
|---|---|---|---|---|
| | | | VACATION : | 445.2 |
| | | | SICK : | 431.8 |
| | | | REGULAR COMP: | 0.0 |
| | | | HOLIDAY COMP: | 7.5 |
| | | | SPECIAL COMP: | 0.0 |
| NET PAY | | 1,130.56 | ANNUAL LEAVE: | 7.5 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
|  | MO | DAY | YEAR |
| 191737 | 10 | 04 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,130.56 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

# CITY OF PHILADELPHIA
**Earnings and Deductions**

PWD GENERAL ACCOUNTING  
PWD - ARAMARK TOWER - 5TH FL

191737  
EDWARDS

EDWARDS, GLORIA  
1627 FARRINGTON RD  
PHILADELPHIA PA 19151

PAY PERIOD ENDING    09-15-2019  
DATE PAYABLE        09-20-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 51.7 | 1,142.50 | FEDERAL TAX | 0.00 | 1,817.30 |
| ADMIN LEAVE | 7.5 | 165.73 | SOCIAL SECURITY | 99.66 | 1,447.85 |
| HOLIDAY CASH | 7.5 | 165.73 | MEDICARE TAX | 23.31 | 338.61 |
| UNCERTIFIED SICK | 7.5 | 165.73 | CITY TAX | 68.20 | 954.79 |
| LONGEVITY PAY | 0 | 55.84 | STATE TAX | 52.42 | 735.35 |
| CERTIFIED SICK | 1.5 | 33.15 | PAUC TAX | 1.02 | 14.37 |
| OVERTIME 1_5 | .8 | 26.52 | | | |
| OTHER EARNINGS | | 2.21 | YTD GROSS PAY | | 24,602.34 |
| TOTAL GROSS EARNINGS | | 1,757.41 | YTD W-2 GROSS | | 22,052.34 |

| DEDUCTIONS | AMOUNT |
|---|---|
| FIT WITHHELD | 117.12 |
| TRANSIT PRETAX | 100.00 |
| DEF COMP FLAT | 100.00 |
| SS EE WITHHELD | 99.66 |
| CITY WITHHELD | 68.20 |
| DEFERRED COMP LOAN | 61.82 |
| SIT WITHHELD | 52.42 |
| DC33 DED PRETAX | 50.00 |
| UNION DUES | 28.00 |
| MEDICARE EE WITHHELD | 23.31 |
| SUI WITHHELD | 1.02 |

PENSION  
PENSION PLAN                         Plan Y  
YTD NON TAXED PENSION  
YTD TAXED PENSION  
LTD NON TAXED PENSION  
LTD TAXED PENSION

VACATION       :   445.2  
SICK           :   432.3  
REGULAR COMP:        0.0  
HOLIDAY COMP:        7.5  
SPECIAL COMP:        0.0  
ANNUAL LEAVE:        7.5  

NET PAY        1,055.86

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT**  
**NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE |||
|---|---|---|---|
| | MO | DAY | YEAR |
| 191737 | 09 | 20 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,055.86 |

EDWARDS, GLORIA  
1627 FARRINGTON RD  
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

| CITY OF PHILADELPHIA<br>Earnings and Deductions | PWD GENERAL ACCOUNTING<br>PWD - ARAMARK TOWER - 5TH FL | 191737<br>EDWARDS |
|---|---|---|

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING          09-01-2019
DATE PAYABLE               09-06-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 56.8 | 1,305.08 | FEDERAL TAX | 162.51 | 1,700.18 |
| OVERTIME 1_5 | 7.5 | 248.60 | SOCIAL SECURITY | 123.12 | 1,348.19 |
| UNCERTIFIED SICK | 7.5 | 165.73 | MEDICARE TAX | 28.79 | 315.30 |
| ADMIN LEAVE | 7.5 | 165.73 | CITY TAX | 79.00 | 886.59 |
| LONGEVITY PAY | 0 | 62.63 | STATE TAX | 60.96 | 682.93 |
| EXCUSED TIME | 2.5 | 55.25 | PAUC TAX | 1.19 | 13.35 |
| VACATION | .8 | 17.68 | | | |
| OTHER EARNINGS | | 15.00 | | | |
| | | | YTD GROSS PAY | | 22,844.93 |
| TOTAL GROSS EARNINGS | | 2,035.70 | YTD W-2 GROSS | | 20,544.93 |

| DEDUCTIONS | AMOUNT | PENSION | |
|---|---|---|---|
| | | PENSION PLAN | Plan Y |
| FIT WITHHELD | 162.51 | YTD NON TAXED PENSION | |
| SS EE WITHHELD | 123.12 | YTD TAXED PENSION | |
| DEF COMP FLAT | 100.00 | LTD NON TAXED PENSION | |
| CITY WITHHELD | 79.00 | LTD TAXED PENSION | |
| DEFERRED COMP LOAN | 61.82 | | |
| SIT WITHHELD | 60.96 | | |
| DC33 DED PRETAX | 50.00 | | |
| MEDICARE EE WITHHELD | 28.79 | | |
| UNION DUES | 28.00 | | |
| SUI WITHHELD | 1.19 | | |

|  |  |
|---|---|
| VACATION : | 429.7 |
| SICK : | 428.8 |
| REGULAR COMP: | 0.0 |
| HOLIDAY COMP: | 7.5 |
| SPECIAL COMP: | 0.0 |
| ANNUAL LEAVE: | 15.0 |

NET PAY          1,325.31

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE |||
|---|---|---|---|
| | MO | DAY | YEAR |
| 191737 | 09 | 06 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,325.31 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

| CITY OF PHILADELPHIA | PWD GENERAL ACCOUNTING | 191737 |
| --- | --- | --- |
| Earnings and Deductions | PWD - ARAMARK TOWER - 5TH FL | EDWARDS |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING  08-18-2019
DATE PAYABLE      08-23-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
| --- | --- | --- | --- | --- | --- |
| TIME ENTRY WAGES | 74.4 | 1,644.12 | FEDERAL TAX | 0.00 | 1,537.67 |
| LONGEVITY PAY | 0 | 56.75 | SOCIAL SECURITY | 107.63 | 1,225.07 |
| OVERTIME 1_5 | 1.3 | 43.10 | MEDICARE TAX | 25.17 | 286.51 |
| VACATION | 1.9 | 41.99 | CITY TAX | 69.31 | 807.59 |
|  |  |  | STATE TAX | 53.29 | 621.97 |
|  |  |  | PAUC TAX | 1.05 | 12.16 |
|  |  |  | YTD GROSS PAY |  | 20,809.23 |
| TOTAL GROSS EARNINGS |  | 1,785.96 | YTD W-2 GROSS |  | 18,659.23 |

| DEDUCTIONS | AMOUNT | PENSION |  |
| --- | --- | --- | --- |
|  |  | PENSION PLAN | Plan Y |
| FIT WITHHELD | 132.55 | YTD NON TAXED PENSION |  |
| SS EE WITHHELD | 107.63 | YTD TAXED PENSION |  |
| DEF COMP FLAT | 100.00 | LTD NON TAXED PENSION |  |
| CITY WITHHELD | 69.31 | LTD TAXED PENSION |  |
| DEFERRED COMP LOAN | 61.82 |  |  |
| SIT WITHHELD | 53.29 |  |  |
| DC33 DED PRETAX | 50.00 |  |  |
| UNION DUES | 28.00 |  |  |
| MEDICARE EE WITHHELD | 25.17 |  |  |
| SUI WITHHELD | 1.05 |  |  |

| | |
| --- | --- |
| VACATION : | 430.5 |
| SICK : | 436.3 |
| REGULAR COMP: | 0.0 |
| HOLIDAY COMP: | 7.5 |
| SPECIAL COMP: | 0.0 |
| NET PAY                1,157.14    ANNUAL LEAVE: | 22.5 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
| --- | --- | --- | --- |
|  | MO | DAY | YEAR |
| 191737 | 08 | 23 | 2019 |

| DEPOSIT AMOUNT |
| --- |
| 1,157.14 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

| CITY OF PHILADELPHIA<br>Earnings and Deductions | PWD GENERAL ACCOUNTING<br>PWD - ARAMARK TOWER - 5TH FL | 191737<br>EDWARDS |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING   08-04-2019
DATE PAYABLE        08-09-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 53.1 | 1,173.40 | FEDERAL TAX | 116.18 | 1,405.12 |
| VACATION | 15.4 | 340.30 | SOCIAL SECURITY | 99.17 | 1,117.44 |
| ADMIN LEAVE | 7.5 | 165.73 | MEDICARE TAX | 23.20 | 261.34 |
| LONGEVITY PAY | 0 | 55.12 | CITY TAX | 67.90 | 738.28 |
| LEGAL AID | 0 | 15.00 | STATE TAX | 52.18 | 568.68 |
|  |  |  | PAUC TAX | 1.02 | 11.11 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | YTD GROSS PAY |  | 19,023.27 |
| TOTAL GROSS EARNINGS |  1,749.55 | YTD W-2 GROSS |  | 17,023.27 |

| DEDUCTIONS | AMOUNT | PENSION |  |
|---|---|---|---|
|  |  | PENSION PLAN | Plan Y |
| FIT WITHHELD | 116.18 | YTD NON TAXED PENSION |  |
| TRANSIT PRETAX | 100.00 | YTD TAXED PENSION |  |
| DEF COMP FLAT | 100.00 | LTD NON TAXED PENSION |  |
| SS EE WITHHELD | 99.17 | LTD TAXED PENSION |  |
| CITY WITHHELD | 67.90 |  |  |
| DEFERRED COMP LOAN | 61.82 |  |  |
| SIT WITHHELD | 52.18 |  |  |
| DC33 DED PRETAX | 50.00 |  |  |
| UNION DUES | 28.00 |  |  |
| MEDICARE EE WITHHELD | 23.20 |  |  |
| SUI WITHHELD | 1.02 |  |  |

| | | |
|---|---|---|
| | VACATION : | 416.8 |
| | SICK : | 423.8 |
| | REGULAR COMP: | 0.0 |
| | HOLIDAY COMP: | 7.5 |
| | SPECIAL COMP: | 0.0 |
| NET PAY   1,035.08 | ANNUAL LEAVE: | 22.5 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

---

# CITY OF PHILADELPHIA

*Deposit on account for:*

## DIRECT DEPOSIT
## NON-NEGOTIABLE

| EMPLOYEE NUMBER | DATE PAYABLE |||
|---|---|---|---|
|  | MO | DAY | YEAR |
| 191737 | 08 | 09 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,035.08 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

| CITY OF PHILADELPHIA Earnings and Deductions | PWD GENERAL ACCOUNTING PWD - ARAMARK TOWER - 5TH FL | 191737 EDWARDS |
|---|---|---|

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING  07-21-2019
DATE PAYABLE     07-26-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 53.3 | 1,177.86 | FEDERAL TAX | 125.83 | 1,288.94 |
| VACATION | 22.5 | 497.19 | SOCIAL SECURITY | 104.16 | 1,018.27 |
| LONGEVITY PAY | 0 | 54.97 | MEDICARE TAX | 24.36 | 238.14 |
|  |  |  | CITY TAX | 67.14 | 670.38 |
|  |  |  | STATE TAX | 51.58 | 516.50 |
|  |  |  | PAUC TAX | 1.00 | 10.09 |

| TOTAL GROSS EARNINGS |  | 1,730.02 | YTD GROSS PAY |  | 17,273.72 |
|---|---|---|---|---|---|
|  |  |  | YTD W-2 GROSS |  | 15,523.72 |

| DEDUCTIONS | AMOUNT | PENSION |  |
|---|---|---|---|
| FIT WITHHELD | 125.83 | PENSION PLAN | Plan Y |
| SS EE WITHHELD | 104.16 | YTD NON TAXED PENSION |  |
| DEF COMP FLAT | 100.00 | YTD TAXED PENSION |  |
| CITY WITHHELD | 67.14 | LTD NON TAXED PENSION |  |
| DEFERRED COMP LOAN | 61.82 | LTD TAXED PENSION |  |
| SIT WITHHELD | 51.58 |  |  |
| DC33 DED PRETAX | 50.00 |  |  |
| UNION DUES | 28.00 |  |  |
| MEDICARE EE WITHHELD | 24.36 |  |  |
| SUI WITHHELD | 1.00 |  |  |

|  |  | VACATION | 432.2 |
|---|---|---|---|
|  |  | SICK | 423.8 |
|  |  | REGULAR COMP: | 0.0 |
|  |  | HOLIDAY COMP: | 7.5 |
|  |  | SPECIAL COMP: | 0.0 |
| NET PAY | 1,116.13 | ANNUAL LEAVE: | 30.0 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
|  | MO | DAY | YEAR |
| 191737 | 07 | 26 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,116.13 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE

| CITY OF PHILADELPHIA<br>Earnings and Deductions | PWD GENERAL ACCOUNTING<br>PWD - ARAMARK TOWER - 5TH FL | 191737<br>EDWARDS |
|---|---|---|

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

PAY PERIOD ENDING        07-07-2019
DATE PAYABLE             07-12-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 57.65 | 1,259.36 | FEDERAL TAX | 142.48 | 1,163.11 |
| OVERTIME 1_5 | 7.2 | 238.65 | SOCIAL SECURITY | 112.76 | 914.11 |
| HOLIDAY CASH | 7.5 | 165.73 | MEDICARE TAX | 26.37 | 213.78 |
| UNCERTIFIED SICK | 7.5 | 162.14 | CITY TAX | 76.40 | 603.24 |
| LONGEVITY PAY | 0 | 62.66 | STATE TAX | 58.91 | 464.92 |
| EXCUSED TIME | 2.7 | 59.67 | PAUC TAX | 1.16 | 9.09 |
| LEGAL AID | 0 | 15.00 | | | |
| OTHER EARNINGS | | 5.53 | YTD GROSS PAY | | 15,543.70 |
| TOTAL GROSS EARNINGS | | 1,968.74 | YTD W-2 GROSS | | 13,943.70 |

| DEDUCTIONS | AMOUNT | PENSION | |
|---|---|---|---|
| | | PENSION PLAN | Plan Y |
| FIT WITHHELD | 142.48 | YTD NON TAXED PENSION | |
| SS EE WITHHELD | 112.76 | YTD TAXED PENSION | |
| TRANSIT PRETAX | 100.00 | LTD NON TAXED PENSION | |
| DEF COMP FLAT | 100.00 | LTD TAXED PENSION | |
| CITY WITHHELD | 76.40 | | |
| DEFERRED COMP LOAN | 61.82 | | |
| SIT WITHHELD | 58.91 | | |
| DC33 DED PRETAX | 50.00 | | |
| UNION DUES | 28.00 | | |
| MEDICARE EE WITHHELD | 26.37 | | |
| SUI WITHHELD | 1.16 | | |

| | | VACATION : | 439.0 |
|---|---|---|---|
| | | SICK : | 411.3 |
| | | REGULAR COMP: | 0.0 |
| | | HOLIDAY COMP: | 7.5 |
| | | SPECIAL COMP: | 0.0 |
| NET PAY | 1,195.84 | ANNUAL LEAVE: | 30.0 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DIRDP3 (03/2019)

# CITY OF PHILADELPHIA

*Deposit on account for:*

**DIRECT DEPOSIT
NON-NEGOTIABLE**

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
| | MO | DAY | YEAR |
| 191737 | 07 | 12 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,195.84 |

EDWARDS, GLORIA
1627 FARRINGTON RD
PHILADELPHIA PA 19151

# NON-NEGOTIABLE