UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>    Gloria J. Edwards <br><br><br>    Debtor | Chapter 13 <br> Bankruptcy No.20-10726-JKF |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 8th day of June, 2020, by first class mail upon those listed below:

Gloria J. Edwards
1627 Farrington Road
Philadelphia, PA  19151

**Electronically via CM/ECF System Only:**

STEPHEN MATTHEW DUNNE ESQ
1515 MARKET STREET
SUITE 1200
PHILADELPHIA, PA  19102

                                             */s/ Deborah A. Earnshaw*
                                             Deborah A. Earnshaw
                                             for
                                             Scott F. Waterman, Esquire
                                             Standing Chapter 13 Trustee