# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**GLORIA J. EDWARDS**

           **Chapter 13**

**Debtor**           **Case No. 20-10726-amc**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Gloria J. Edwards in the above referenced Chapter 13 case.

           BY: /s/ Stephen Dunne
           STEPHEN DUNNE, ESQUIRE
           1515 Market Street, Ste. 1200
           Philadelphia, PA  19102

    Kindly enter my appearance on behalf of Gloria J. Edwards in the above referenced Chapter 13 case.

           BY:/s/ Vladislav Kachka
           VLADISLAV KACHKA
           SPEAR WILDERMAN, P.C.
           230 S. Broad Street, Ste. 1400
           Philadelphia, PA  19102
           (215) 732-0101
           (215) 732-7790
           vkachka@spearwilderman. com