IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| **GLORIA EDWARDS** | : | |
| | : | |
| Debtor. | : | Case No. 20-10726-amc |

---

## WITHDRAWAL OF APPEARANCE

To the Clerk:

Kindly withdraw my appearance on behalf of Gloria Edwards and DELETE the following two ECF email addresses associated with this matter:

> **bestcasestephen@gmail.com**

> **dunnesr74587@notify.bestcase.com**


Date: March 1, 2021            BY: */s/ Stephen M. Dunne*
                               Stephen M. Dunne, Esquire
                               Dunne Law Offices, P.C.
                               1515 Market Street, Suite. 1200
                               Philadelphia, PA  19102
                               (215) 551-7109 Phone
                               (215) 525-9721 Fax