**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:

                                              Chapter 13

GLORIA J. EDWARDS

Debtor                                                     Case No.: 20-10726

## **CERTIFICATE OF SERVICE**

      I, VLADISLAV KACHKA, Attorney for Debtor, hereby certify that on the 20th day of April, 2021, I served a copy of the Motion to Modify Chapter 13 Plan Post-Confirmation, on the following individuals

Via the Court's ECF system:

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue, Ste. 100
Reading, PA 19606

All creditors signed up for ECF notifications

Via First-Class Mail, postage prepaid:

Samantha Ricca
Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

Date: April 20, 2021

                                        BY: */s/ Vladislav Kachka*
                                           VLADISLAV KACHKA, EQUIRE
                                           SPEAR WILDERMAN, P.C.
                                           230 S. Broad Street, 14th Floor
                                           Philadelphia, PA 19102
                                           (215) 732-0101
                                           (215) 7342-7790 (fax)
                                           vkachka@spearwilderman.com
                                           Attorney for Debtor