**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                        Chapter 13

GLORIA J. EDWARDS

Debtor                         Case No.: 20-10726

## **CERTIFICATION OF NO RESPONSE**

I, VLADISLAV KACHKA, Attorney for Debtor, hereby certify that as of May 13, 2021, I have not received any response of objection to the Motion to Modify Chapter 13 Plan, Post-Petition, filed on behalf of the Debtor on April 20, 2021.

Via the Court's ECF system:

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue, Ste. 100
Reading, PA 19606

All creditors signed up for ECF notifications

Via First-Class Mail, postage prepaid:

Samantha Ricca
Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

Date: May 13, 2021

                        BY: */s/ Vladislav Kachka*
                           VLADISLAV KACHKA, EQUIRE
                           SPEAR WILDERMAN, P.C.
                           230 S. Broad Street, 14th Floor
                           Philadelphia, PA 19102
                           (215) 732-0101
                           (215) 7342-7790 (fax)
                           vkachka@spearwilderman.com
                           Attorney for Debtor