## IN THE UNITED STATES BANKRUPTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Chapter 13

GLORIA J. EDWARDS

Debtor                                                      Case No.:  20-10726

### CERTIFICATE OF SERVICE

I, VLADISLAV KACHKA, Attorney for Debtor, hereby certify that on the 9th day of June, 2021, I served a copy of the Amended Schedule J, on the following individuals

Via the Court's ECF system:

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue, Ste. 100
Reading, PA  19606

All creditors signed up for ECF notifications

Via First-Class Mail, postage prepaid:

Date: June 9, 2021

BY: */s/ Vladislav Kachka*
VLADISLAV KACHKA, EQUIRE
SPEAR WILDERMAN, P.C.
230 S. Broad Street, 14th Floor
Philadelphia, PA  19102
(215) 732-0101
(215) 7342-7790 (fax)
vkachka@spearwilderman.com
Attorney for Debtor