| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-10726-AMC**

Gloria J. Edwards
1627 Farrington Road
Philadelphia  PA   19151

Petition Filed Date: 02/04/2020
341 Hearing Date: 03/06/2020
Confirmation Date: 09/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/28/2020 | $3.00 | 47047536194 | 02/28/2020 | $500.00 | 47047536193 | 04/08/2020 | $503.00 | |
| 05/08/2020 | $503.00 | | 06/11/2020 | $727.42 | | 07/08/2020 | $727.42 | |
| 08/10/2020 | $727.42 | | 09/09/2020 | $727.42 | | 10/08/2020 | $734.00 | |
| 11/09/2020 | $734.00 | | 12/08/2020 | $734.00 | | 01/11/2021 | $734.00 | |
| 02/09/2021 | $734.00 | | 03/08/2021 | $734.00 | | 04/08/2021 | $734.00 | |
| 05/10/2021 | $734.00 | | 06/08/2021 | $734.00 | | | | |

**Total Receipts for the Period: $11,024.68    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,024.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Gloria J. Edwards | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPT OF HUD<br>»» 01U | Unsecured Creditors | $0.00 | $0.00 | $23,729.73 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $4,435.87 | $3,681.82 | $754.05 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $834.73 | $0.00 | $834.73 |
| 5 | AMERICAN INFOSOURCE AS AGENT FOR<br>»» 003 | Unsecured Creditors | $65.93 | $0.00 | $65.93 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $34,091.91 | $4,253.22 | $29,838.69 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $1,154.46 | $144.04 | $1,010.42 |
| 0 | STEPHEN MATTHEW DUNNE ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | VLADISLAV KACHKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 20-10726-AMC

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,024.68 | Current Monthly Payment: | $733.99 |
| Paid to Claims: | $8,079.08 | Arrearages: | $6.48 |
| Paid to Trustee: | $941.78 | Total Plan Base: | $43,326.72 |
| Funds on Hand: | $2,003.82 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.