# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :

GLORIA J. EDWARDS, : CHAPTER 13

    Debtor. : NO. 20-10726-AMC

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Third Amended Chapter 13 Plan is **APPROVED**.

Dated:

**Date: July 14, 2021**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE