**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

**GLORIA EDWARDS**

                              **Chapter 13**

**Debtor**                              **Case No. 20-10726**

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

      Kindly withdraw my appearance on behalf of Gloria Edwards in the above referenced Chapter 13 case.

                          BY: /s/ Vladislav Kachka
                               VLADISLAV KACHKA, ESQUIRE
                               SPEAR WILDERMAN, P.C.
                               230 S. Broad Street, Ste. 1400
                               Philadelphia, PA  19102
                               (215) 732-0101
                               (215) 732-7790
                               vkachka@spearwilderman.com

      Kindly enter my appearance on behalf of Gloria Edwards in the above referenced Chapter 13 case.

                          BY:/s/ Ashley M. Sullivan
                               ASHLEY M. SULIVAN, ESQUIRE
                               SPEAR WILDERMAN, P.C.
                               230 S. Broad Street, Ste. 1400
                               Philadelphia, PA  19102
                               (215) 732-0101
                               (215) 732-7790
                               asullivan@spearwilderman. com