# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**GLORIA EDWARDS**

                                               **Chapter 13**

**Debtor**                                       **Case No. 20-10726**

---

## WITHDRAW OF APPEARANCE

To the Clerk:

      Kindly withdraw my appearance on behalf of Gloria Edwards in the above referenced Chapter 13 case.

                                         BY:/s/ Ashley M. Sullivan
                                                 ASHLEY M. SULIVAN, ESQUIRE
                                                 SPEAR WILDERMAN, P.C.
                                                 230 S. Broad Street, Ste. 1400
                                                 Philadelphia, PA  19102
                                                 (215) 732-0101
                                                 (215) 732-7790
                                                 asullivan@spearwilderman. com