# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gloria J. Edwards <br>         Debtor(s) <br><br> U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), its successors and/or assigns <br>         Movant <br> vs. <br><br> Gloria J. Edwards <br>         Debtor(s) <br><br> Scott F. Waterman <br>         Trustee | CHAPTER 13 <br><br><br><br> NO. 20-10726 AMC <br><br><br><br> 11 U.S.C. Section 362 (ONLY FOR MFR – delete if Objection to Confirmation) |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Motion and Motion for Relief from Stay of U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the Court on or about **1/13/2023 as Docket Entry Number 57 and 58**.

Dated: August 1, 2023

                                        Respectfully submitted,

                                        /s/ Mark A. Cronin
                                        Mark A. Cronin, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322
                                        mcronin@kmllawgroup.com