| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-10726-AMC**

Gloria J. Edwards
1627 Farrington Road
Philadelphia  PA   19151

Petition Filed Date: 02/04/2020
341 Hearing Date: 03/06/2020
Confirmation Date: 09/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $744.00 | | 09/09/2022 | $744.00 | | 10/11/2022 | $744.00 | |
| 11/08/2022 | $744.00 | | 12/08/2022 | $744.00 | | 01/11/2023 | $744.00 | |
| 02/08/2023 | $744.00 | | 03/08/2023 | $744.00 | | 04/10/2023 | $744.00 | |
| 05/08/2023 | $744.00 | | 06/08/2023 | $744.00 | | 07/11/2023 | $744.00 | |

**Total Receipts for the Period: $8,928.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,358.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Gloria J. Edwards | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPT OF HUD<br>»» 01U | Unsecured Creditors | $0.00 | $0.00 | $23,729.73 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $4,435.87 | $4,435.87 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $834.73 | $0.00 | $834.73 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $65.93 | $0.00 | $65.93 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $34,091.91 | $21,932.90 | $12,159.01 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $1,154.46 | $742.73 | $411.73 |
| 0 | STEPHEN MATTHEW DUNNE ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | VLADISLAV KACHKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ASHLEY M SULLIVAN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | HENRY A JEFFERSON ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 20-10726-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,358.68 | Current Monthly Payment: | $747.38 |
| Paid to Claims: | $27,111.50 | Arrearages: | $111.26 |
| Paid to Trustee: | $2,570.14 | Total Plan Base: | $43,922.78 |
| Funds on Hand: | $677.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.