| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-10726-AMC

Gloria J. Edwards  
1627 Farrington Road  
Philadelphia  PA    19151

Petition Filed Date: 02/04/2020  
341 Hearing Date: 03/06/2020  
Confirmation Date: 09/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $744.00 | | 09/11/2023 | $744.00 | | 10/10/2023 | $744.00 | |
| 11/08/2023 | $744.00 | | 12/08/2023 | $744.00 | | 01/09/2024 | $744.00 | |
| 02/08/2024 | $744.00 | | 03/08/2024 | $744.00 | | 04/08/2024 | $744.00 | |
| 05/09/2024 | $744.00 | | 06/10/2024 | $744.00 | | 07/09/2024 | $744.00 | |

**Total Receipts for the Period: $8,928.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $38,542.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Gloria J. Edwards | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD »» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPT OF HUD »» 01U | Unsecured Creditors | $0.00 | $0.00 | $23,729.73 |
| 3 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $4,435.87 | $4,435.87 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $834.73 | $0.00 | $834.73 |
| 5 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $65.93 | $0.00 | $65.93 |
| 6 | PA HOUSING FINANCE AGENCY »» 004 | Mortgage Arrears | $34,091.91 | $29,719.33 | $4,372.58 |
| 7 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $1,154.46 | $1,006.38 | $148.08 |
| 0 | STEPHEN MATTHEW DUNNE ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | VLADISLAV KACHKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ASHLEY M SULLIVAN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | HENRY A JEFFERSON ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10726-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,542.68 | Current Monthly Payment: | $747.38 |
| Paid to Claims: | $35,161.58 | Arrearages: | $895.82 |
| Paid to Trustee: | $3,381.10 | Total Plan Base: | $43,922.78 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.