B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

**EASTERN** District Of **PENNSYLVANIA**

In re  Gloria J. Edwards                                        Case No. 20-10726-AMC
           Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: 1627 FARRINGTON ROAD, PHILADELPHIA, PA  19151

My current employer and my employer's address: CITY OF PHILADELPHIA
1101 MARKET STREET, PHILADFELPHIA, PA 19107

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☒   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _4/28/2025_     _/s/ Gloria Edwards_
            Date                                    ID Ja9fJC2HsTLUTVPePA2hRgCU
                                                     Debtor

## eSignature Details

**Signer ID:**       **Ja9fJC2HsTLUTVPePA2hRgCU**
Signed by:           Gloria Edwards
Sent to email:       gloria.edwards35@yahoo.com
IP Address:          104.28.57.100
Signed at:           Apr 28 2025, 10:52 am EDT